FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUN 29 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 17-CR-40040-JPG |
| v. | ) | |
| | ) | Title 18, United States Code, |
| DUSTIN A. FLEMING, | ) | Section 242 |
| | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

THE UNITED STATE ATTORNEY CHARGES:

### COUNT 1
#### DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

On or about October 15, 2016, in Perry County, within the Southern District of Illinois,

**DUSTIN A. FLEMING,**

defendant herein, while acting under color of law at the Pinckneyville Correctional Center, willfully deprived M.D.F., an inmate, of the right, secured and protected by the United States Constitution, to be free from cruel and unusual punishment, which includes the right to be free from the use of excessive force by a corrections officer. Specifically, the defendant choked, punched, kneed, and/or kicked M.D.F. without legal justification, resulting in bodily injury to M.D.F.; all in violation of Title 18, United States Code, Section 242.

_____
for DONALD S. BOYCE
United States Attorney

_____
JAMES M. CUTCHIN
Assistant United States Attorney