IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 17 CR 40040 JPG |
| vs. | ) |
| | ) |
| DUSTIN A. FLEMING, | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF INDICTMENT

I, **Dustin A. Fleming**, the above named defendant, understand that I have been accused of depriving an individual of civil rights under color of law in violation of 18 U.S.C. § 242 which is a felony offense punishable by imprisonment for more than one year. I have been advised in open court of the nature of the proposed charges against me and of my rights in this matter including the right to demand that the Government obtain an indictment charging me with that offense. With full understanding of those rights, I hereby waive prosecution by indictment and consent that this case may proceed by information rather than by indictment.

7-18-2017
DATE

DUSTIN A. FLEMING
Defendant

Melissa A. Day
Counsel for Defendant

BEFORE:

United States District Judge